UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-0017-JMS-DML |
| | ) | |
| LONNIE G. WRIGHT, JR., | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 24, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 19, 2021. Defendant Wright appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Patrick Gibson, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Wright of his rights and provided him with a copy of the petition. Defendant Wright orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant Wright admitted violation number 1. [Docket No. 114.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |
| | Mr. Wright has tested positive for illegal drugs nine times. As previously reported to the Court, on March 19, April 27, July 29, October 5, October 11, and October 15, 2021, he submitted urine samples which tested positive for marijuana. On June 8, 2021, he submitted a sample which tested positive for marijuana and cocaine; and on September 2, 2021, he submitted a sample which tested positive for marijuana, Hydrocodone, and Hydromorphone. |
| | On November 1, 2021, the offender submitted a urine sample which tested positive for Codeine. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-one (21) months imprisonment with no supervised release to follow. Defendant requested placement at FCC Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow. The Magistrate Judge will recommend placement at FCC Terre Haute. The

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/24/2021

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system