UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-00017-JMS-DML |
| | ) | |
| LONNIE G. WRIGHT, SR. (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul Cherry's Report and Recommendation dkt [122] recommending that Lonnie G. Wright, Sr.'s supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [122]. The Court finds that Mr. Wright Sr committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [114].  The Court dismisses Violation Numbers 2 and 3 at dkt [114].  The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Wright Sr is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow.  The Court recommends placement at FCC Terre Haute.

Date: 11/29/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal